UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES—GENERAL

**Case No.** CV-14-01302-MWF (ASx)          **Date:  November 21, 2014**
Title:       Unity America Fund -*v*- Homeaway.com Inc., et al.

Present:   The Honorable MICHAEL W. FITZGERALD, U.S. District Judge

Deputy Clerk:                          Court Reporter:
Rita Sanchez                           Not Reported

Attorneys Present for Plaintiff:       Attorneys Present for Defendant:
None Present                           None Present

**Proceedings (In Chambers):**   ORDER SCHEDULING HEARING RE: DISMISSAL
FOR LACK OF PROSECUTION

On October 17, 2014, the Court ordered Plaintiff to show cause, in writing, no later than November 17, 2014, why this action should not be dismissed for lack of prosecution.  (Docket No. 5).  This deadline has now passed, and the Order to Show Cause has not been discharged.

Accordingly, the Court **ORDERS** counsel for Plaintiff to appear, in person, on **December 1, 2014** at **11:30 a.m.**  If counsel fails to appear, this case will be dismissed with prejudice.  If Plaintiff files a proof of service of summons and complaint prior to the hearing, counsel must still appear, but the case will not be dismissed.  If Plaintiff files a stipulation of dismissal, Fed. R. Civ. P. 41(a)(1)(A)(ii), or a request for dismissal, Fed. R. Civ. P. 41(a)(2), then the OSC will be discharged and no appearance is necessary.

IT IS SO ORDERED.